# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2464
LT Case No. 1996-CF-001482-A

_____

LARRY LEVI REESE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Larry Levi Reese, Daytona Beach, pro se.

Ashley Moody, Attorney General and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED. *See Morris v. State*, 317 So. 3d 1054, 1071 (Fla.
2021) (citing *Peede v. State*, 955 So. 2d 480, 497 (Fla. 2007)).

WALLIS, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____